**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Robert John MUZNY, Defendant–Appellant.**

**No. 07–50100
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 13, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for United States of America.

Steven Kendall Striegler, for Robert John Muzny.

Before HIGGINBOTHAM, STEWART and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Robert John Muzny has moved for leave to

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Muzny has filed a response. The record is insufficiently developed to allow consideration at this time of Muzny's claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record, counsel's brief, and Muzny's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Muzny's motion for the appointment of new counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.